OPINION — AG — ** REFRIGERATOR — JAIL — PURCHASE ** THE EXPENDITURE OF THE COURT FUND FOR THE PURCHASE OF A REFRIGERATOR FOR THE JAIL 'CANNOT' BE REGARDED AN AUTHORIZED BY THE PROVISIONS OF THE ACT PERMITTING EXPENDITURE OF SUCH FUNDS FOR " REPAIR, MAINTENANCE AND IMPROVEMENTS OF THE COUNTY COURTHOUSE ". (COURT FUNDS, IMPROVEMENTS, MAINTENANCE) CITE: 62 O.S. 323 [62-323] (SAM H. LATTIMORE)